JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LOPEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DALEY FOODS OF CUDAHY, INC., a California Corporation; and Does 1-10,<br><br>　　　　Defendants. | Case: 8:14-CV-01366-DOC-DFM<br><br>**ORDER FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1) [15]** |

## **ORDER**

　　　Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: January 20, 2015   *David O. Carter*
　　　　　　　　　　　　　HONORABLE DAVID O. CARTER
　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

1

Order for Dismissal　　　　　　Case: 8:14-CV-01366-DOC-DFM